UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-60174-CR-DAMIAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LOUPE LOREDO,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON CHANGE OF PLEA [ECF NO. 544]

THIS CAUSE came before the Court on Magistrate Judge Ellen F. D'Angelo's Report and Recommendation on Change of Plea, entered on May 29, 2026 [ECF No. 544].  To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

ORDERED AND ADJUDGED that the Report [ECF No. 544] is AFFIRMED AND ADOPTED. Defendant, Loupe Loredo's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 1 of the Indictment.

A Sentencing Hearing will be set by separate Order.

DONE AND ORDERED in Chambers in the Southern District of Florida, this 3rd day of June, 2026.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Magistrate Judge Ellen F. D'Angelo